**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Michael A. Mackey,** | **Court File No. 18-cv-00830 (MJD/BRT)** |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| **City of Minneapolis, et al.,** | |
| Defendants. | |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice (Doc. No. 25), **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice in its entirety with each party to bear its own costs and attorney fees.

Let judgment be entered accordingly.

Dated: _____

_____
Michael J. Davis
District Court Judge
United States District Court, District of MN